**Order entered January 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00930-CR

**DAVID DEWAYNE WRIGHT JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-76080-X**

## ORDER

Before the Court is appellant's January 27, 2017 second motion for an extension of time to file appellant's brief. We **GRANT** appellant's motion.

We **ORDER** appellant to file the brief on or before February 27, 2017. If appellant's brief is not filed by February 27, 2017, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/ LANA MYERS
JUSTICE